SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 03-753-MMM | | Date | September 22, 2003 |
|---|---|---|---|---|

Present: The Honorable   MARGARET M. MORROW

Interpreter: _____



ENTER ON ICMS

SEP 2 6 2003

| ANEL HUERTA | DAVID SALYER | WILLIAM BOTTGER |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. RAMON ANTOINE DE SAGE | X | | X | 1. MICHAEL J. LIGHTFOOT | X | | X |

**Proceedings:**   PLEA & TRIAL SETTING

Defendant RAMON ANTOINE DE SAGE pleads NOT GUILTY to Counts One through Four of the Indictment.

Court accepts Defendant's plea of NOT GUILTY and sets a trial date of **October 7, 2003 at 8:30 a.m.**

Defendant requests that the trial date be set further out. Counsel are directed to meet and confer and submit a proposed stipulation and order regarding a new trial date and a date for a final status conference.

The Government is to turn over any discovery not later than September 29, 2003. If there are any problems regarding discovery, counsel are to file a joint report not later than October 3, 2003.



| CR-11 (09/98) | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk |
|---|---|---|